**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1699

AMRIK HENDIAZAD; SEEMIN HENDIAZAD,

Plaintiffs - Appellants,

v.

OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:19-cv-01270-CMH-TCB)

Submitted:  March 31, 2023                    Decided:  April 27, 2023

Before DIAZ and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Amrik Hendiazad, Seemin Hendiazad, Appellants Pro Se. John Curtis Lynch, TROUTMAN PEPPER HAMILTON SANDERS LLP, Virginia Beach, Virginia; Syed Mohsin Reza, GREENBERG TRAURIG, LLP, McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amrik and Seemin Hendiazad appeal the district court's order denying their motion to remand their case to state court following removal and granting the Defendants' motion to dismiss the action on res judicata grounds. We affirm.

We review de novo both a district court's order granting a motion to dismiss under Fed. R. Civ. P. 12(b)(6) and its denial of a motion to remand to state court. *See Rockville Cars, LLC v. City of Rockville*, 891 F.3d 141, 145 (4th Cir. 2018) (motion to dismiss); *Francis v. Allstate Ins. Co.*, 709 F.3d 362, 366 (4th Cir. 2013) (motion to remand). We conclude that the district court did not err in denying the Hendiazads' motion to remand to state court, as the complaint established federal question jurisdiction. *See* 28 U.S.C. §§ 1331, 1441(a); *North Carolina v. Alcoa Power Generating, Inc.*, 853 F.3d 140, 146 (4th Cir. 2017). We also discern no reversible error in the district court's finding that res judicata barred the Hendiazads' action. *See Duckett v. Fuller*, 819 F.3d 740, 744 (4th Cir. 2016) (listing elements of res judicata).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2